

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2022

No. 04-22-00131-CV

**IN THE INTEREST OF M.A.D.V. AND T.J.T., CHILDREN**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00560
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

After consideration, we **GRANT** Appellant's Motion for Extension of Time, and **ORDER** appellant to file his brief **on or before April 25, 2022.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2022.

_____
Michael A. Cruz,
Clerk of Court